# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBERTO AGUILAR JR.,

        Plaintiff,

        v.

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

        Defendant.

Case No. ED CV 16-82 MRW

JUDGMENT

    It is the judgment of this Court that the decision of the Administrative Law

Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: July 31, 2017

_____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE